No. 92–677.   CENTURY LIFE OF AMERICA v. CENTURY 21 REAL ESTATE CORP.   C. A. Fed. Cir.   Certiorari denied.

No. 92–678.   CALIFORNIA BOARD OF ADMINISTRATION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM ET AL. v. WILSON, GOVERNOR OF CALIFORNIA, ET AL.   Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–682.   NIYOGI v. EQUIBANK.   C. A. 3d Cir.   Certiorari denied.

No. 92–683.   ERATH v. XIDEX CORP. ET AL.   C. A. 9th Cir. Certiorari denied.

No. 92–696.   CITY OF YOUNGSTOWN ET AL. v. MARTIN.   C. A. 6th Cir.   Certiorari denied.

No. 92–701.   PRINCE v. HOFFMAN-LA ROCHE, INC.   C. A. 5th Cir.   Certiorari denied.

No. 92–704.   COUNTY OF MONROE v. TRANELLO.   C. A. 2d Cir. Certiorari denied.

No. 92–708.   SELOX, INC. v. FAUSEK ET AL.   C. A. 6th Cir. Certiorari denied.

No. 92–712.   STAUFFACHER ET AL. v. BENNETT ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 92–719.   GIERE ET AL. v. EATON CORP.   C. A. 8th Cir. Certiorari denied.

No. 92–723.   PACIFIC EXPRESS, INC. v. UNITED AIR LINES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 92–727.   GOAD v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 92–731.   SMITH ET VIR v. WAL-MART STORES, INC.   C. A. 5th Cir.   Certiorari denied.

No. 92–734.   CHEEVES ET AL. v. SOUTHERN CLAYS, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.